**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 06-mj-01120-CBS-01

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

JULIAN SIMMONS,

       Defendant.

---

**ORDER TERMINATING SUPERVISED RELEASE UNSATISFACTORILY**

---

THIS MATTER is before the Court upon report of the probation officer regarding the defendant's unsatisfactorily adjustment to supervision.

On September 5, 2008, the defendant was sentenced in Boulder County District Court Case No. 08CR000761 to10 years and Case No. 08CR000911 to16 years. The defendant's sentences were ordered to be served consecutive to one another. Based on the sentences the defendant received for the offenses, it is

ORDERED that the defendant's supervised release is terminated immediately for unsatisfactory compliance.

DATED at Denver, Colorado, this 23rd day of September, 2008.

                                                   BY THE COURT:

                                                 *s/Craig B. Shaffer*
                                                 Craig B. Shaffer
                                                 United States Magistrate Judge